# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>TERRY A. LANG<br>AMY B. NELSON-LANG<br><br>             Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>             Movant<br>   vs.<br>JPMORGAN MORTGAGE ACQUISITION CORP++<br><br>            Respondents | Case No. 19-24388GLT<br><br>Chapter 13<br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> MAIL TO RUSHMORE LOAN MANAGEMENT AT PO BOX 52708 HAS BEEN RETURNED BY THE POSTAL SERVICE AS "VACANT". THIS PO BOX STILL APPEARS ON THE SERVICER'S WEBSITE AS VALID. THE TRUSTEE HAS ATTEMPTED TO CONTACT CREDITOR BY EMAIL, CHAT, PHONE AND FAX, AS WELL AS THROUGH THEIR COUNSEL WITHOUT SUCCESS. IN SOME INSTANCES, THE SERVICER HAS CHANGED TO "RUSHMORE SERVICING" SO NOTICE HAS BEEN GIVEN HERE OF THE NEED FOR A TRANSFER OF CLAIM.

JPMORGAN MORTGAGE ACQUISITION CORP++  
C/O RUSHMORE LOAN MANAGEMENT SVCS  
PO BOX 52708  
IRVINE, CA 92619-2708  

Court claim# 31/Trustee CID# 6

The Movant further certifies that on 11/07/2023, copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)  
    original creditor  
    putative creditor  
    counsel for debtor(s)  
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA 15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>TERRY A. LANG, AMY B. NELSON-LANG,<br>157 OLD FARM ROAD, PITTSBURGH, PA<br>15239 | DEBTOR'S COUNSEL:<br>AMY L ZEMA ESQ, 2366 GOLDEN MILE<br>HWY #155, PITTSBURGH, PA  15239-2710 |
| ORIGINAL CREDITOR'S COUNSEL:<br>KML LAW GROUP PC*, 701 MARKET ST<br>STE 5000, PHILADELPHIA, PA  19106 | :<br>RUSHMORE LOAN MGMNT SVCS**, ATTN<br>BANKRUPTCY NOTICING, PO BOX 55004,<br>IRVINE, CA  92619-2708 |
| ORIGINAL CREDITOR:<br>JPMORGAN MORTGAGE ACQUISITION<br>CORP++, C/O RUSHMORE LOAN<br>MANAGEMENT SVCS, PO BOX 52708,<br>IRVINE, CA  92619-2708 | |
| NEW CREDITOR: | |