FILED
1/24/24 2:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:   Terry A. Lang            )
         Amy B. Nelson-Lang       )   Case No. 19-24388-GLT
                                  )
                                  )   Chapter 13
                                  )
         Debtor(s).               )
_____X   Related to Docket No. 76

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒   a motion to dismiss case or certificate of default requesting dismissal

☒   a plan modification sought by: __Debtors Terry A. Lang and Amy B. Nelson-Lang__

☐   a motion to lift stay
    as to creditor   _____

☐   Other:   _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated __November 19, 2019__
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒   Debtor(s) Plan payments shall be changed from $ __2,900.00__ to $__4,500.00__ per __month__, effective __February 1, 2024__; and/or the Plan term shall be changed from ___ months to ___ months.

[04/22]                                -1-

❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑ Debtor(s) shall file and serve _____ on or before _____.

❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other: Trustee's COD at Doc 73 is resolved by this Order._____

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 24th day of January, 2024

Dated: January 24, 2024

Gregory␣␣Taddonio, Chief Judge
United States Bankruptcy Court

Stipulated by:                                 Stipulated by:

s/Amy L. Zema_____           _____
Counsel to Debtor                              Counsel to Chapter 13 Trustee


Stipulated by:

n/a_____
Counsel to affected creditor


cc: All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24388-GLT |
| Terry A. Lang | Chapter 13 |
| Amy B. Nelson-Lang | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 24, 2024 | Form ID: pdf900 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Terry A. Lang, Amy B. Nelson-Lang, 157 Old Farm Road, Pittsburgh, PA 15239-2353 |
| 15155093 | + | Bella LG INC dba Law Ofc Daniel Ruggiero, 655 S. Main St. $200-411, Orange, CA 92868-4690 |
| 15155098 | | Kohl's Department Store, PO Box 3115, Milwaukee, MO 63930-5049 |
| 15155185 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 25 2024 07:15:46 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Jan 25 2024 07:02:54 | LoanCare, LLC, c/o Stern & Eisenberg, PC, 1581 Main Stret, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 25 2024 07:15:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15175218 | | Email/Text: ally@ebn.phinsolutions.com | Jan 25 2024 07:02:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15155092 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 25 2024 07:02:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 15155094 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 25 2024 07:15:46 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15183826 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2024 07:15:40 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15155095 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 25 2024 07:02:00 | Comenity Bank/Jared, PO Box 182789, Columbus, OH 43218-2789 |
| 15155096 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 25 2024 07:02:00 | Comenity Bank/Lane Bryant, PO Box 182273, Columbus, OH 43218-2273 |
| 15155097 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2024 07:15:46 | DSNB/Macy's, PO Box 8113, Mason, OH 45040 |
| 15183427 | | Email/Text: bnc-quantum@quantum3group.com | Jan 25 2024 07:02:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15185537 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 25 2024 07:03:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

Case 19-24388-GLT   Doc 78   Filed 01/26/24   Entered 01/27/24 00:29:03   Desc Imaged
                         Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 24, 2024 | Form ID: pdf900 | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15187980 | + | Email/Text: servicing@svcfin.com | Jan 25 2024 07:02:00 | Goldman Sachs Mortgage Co, c/o Service Finance Co., LLC, 555 S Federal Hwy #200, Boca Raton, FL 33432-6033 |
| 15665480 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 25 2024 07:02:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9094 |
| 15184081 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 25 2024 07:03:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15407702 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 25 2024 07:02:00 | JP MORGAN MORTGAGE ACQUISITION CORP., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 15269714 | | Email/PDF: bncnotices@becket-lee.com | Jan 25 2024 07:15:46 | Kohl's, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15186936 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 25 2024 07:02:00 | LOANCARE, LLC., P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 15560460 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2024 07:15:40 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15155100 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jan 25 2024 07:02:00 | Mercury Card/FB&T, 700 22nd Ave. south, Brookings, SD 57006-2822 |
| 15184083 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 25 2024 07:03:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15155101 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 25 2024 07:03:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15183328 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 25 2024 07:03:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15155103 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 25 2024 07:05:18 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 15173731 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 25 2024 07:05:14 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15158939 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 25 2024 07:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 15155107 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 07:15:46 | SYNCB/JC Penneys, PO Box 965036, Orlando, FL 32896-5036 |
| 15155108 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 07:15:43 | SYNCB/Levin, PO Box 965036, Orlando, FL 32896-5036 |
| 15155109 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 07:15:43 | SYNCB/Lowes DC, PO Box 965005, Orlando, FL 32896-5005 |
| 15155110 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 07:15:40 | SYNCB/QVC, PO Box 965005, Orlando, FL 32896-5005 |
| 15155113 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 07:15:40 | SYNCB/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 15155104 | + | Email/Text: servicing@svcfin.com | Jan 25 2024 07:02:00 | Service Finance LLC, 555 S. Federal Highway, Suite 200, Boca Raton, FL 33432-6033 |
| 15155105 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 07:15:46 | Syncb/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 15155106 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 07:15:40 | Syncb/Car Care Pep Boys, PO Box 965001, Orlando, FL 32896-5001 |
| 15155111 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 07:15:40 | Syncb/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 15155112 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 07:15:43 | Syncb/Scorerewards, PO Box 965005, Orlando, FL 32896-5005 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 24, 2024 | Form ID: pdf900 | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15183595 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 25 2024 07:15:40 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15155114 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2024 07:15:43 | Tractor Supply/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15179023 | | Email/PDF: ebn_ais@aisinfo.com | Jan 25 2024 07:15:44 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15155115 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 25 2024 07:15:40 | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |
| 15183516 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 25 2024 07:15:46 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15183664 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 25 2024 07:15:43 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15155116 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 25 2024 07:15:46 | Wells Fargo Card Service, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 43

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JP MORGAN MORTGAGE ACQUISITION CORP. |
| 15155099 | | Loancare Servicing Center, 3637 Sentara Way, Suite 303, VA 23542 |
| 15155117 | | Wells Fargo Card Service, Credit Bureau Resoltion |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | Kohl's, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15603992 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15603993 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15603994 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15603995 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15603996 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15183574 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15155102 | ##+ | Patenaude & Felix, 501 Corporate Drive, Suite 205, Canonsburg, PA 15317-8584 |

TOTAL: 3 Undeliverable, 9 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2024       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2024 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jan 24, 2024 | Form ID: pdf900 | Total Noticed: 47 |

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Joint Debtor Amy B. Nelson-Lang amy@zemalawoffice.com |
| Amy L. Zema | on behalf of Debtor Terry A. Lang amy@zemalawoffice.com |
| Daniel Philip Jones | on behalf of Creditor LoanCare LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor JP MORGAN MORTGAGE ACQUISITION CORP. dcarlon@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor JP MORGAN MORTGAGE ACQUISITION CORP. bk@rgalegal.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven P Kelly | on behalf of Creditor LoanCare LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |

TOTAL: 9