| Fill in this information to identify the case: |
|---|
| Debtor 1   TERRY A. LANG |
| Debtor 2   AMY B. NELSON-LANG<br>(Spouse, if filing) |
| United States Bankruptcy Court for the WESTERN District of   PA<br>(State) |
| Case number   19-24388-GLT |

# Form 4100R

## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:   Mortgage Information

**Name of creditor:**   J.P. Morgan Mortgage Acquisition Corp.

**Court claim no.** (if known):
31

**Last 4 digits** of any number you use to identify the debtor's account:   9   4   4   5

**Property address:**   **157 OLD FARM ROAD**
Number    Street

PITTSBURGH   PA    15239
City         State     ZIP Code

### Part 2:   Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

$ _____

### Part 3:   Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   01/ 01 /2025
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.   Total postpetition ongoing payments due:    (a)   $ _____

b.   Total fees, charges, expenses, escrow, and costs outstanding:    + (b)   $ _____

c.   **Total**. Add lines a and b.    (c)   $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   01/ 01 /2025
MM / DD / YYYY

| Debtor 1 | TERRY A. LANG | | | Case number *(if known)* | 19-24388-GLT |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:    Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | ✖ /S/EMMANUEL J. ARGENTIERI | | | Date | 12 17 /2024 |
|---|---|---|---|---|---|
| | Signature | | | | |

| Print | EMANNUEL | J. | ARGENTIERI | Title | ATTORNEY-AT-LAW |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | ROMANO GARUBO & ARGENTIERI |
|---|---|

If different from the notice address listed on the proof of claim to which this response applies:

| Address | 52  NEWTON AVE. P.O. BOX 456 |
|---|---|
| | Number      Street |

| | WOODBURY | NJ | 08096 |
|---|---|---|---|
| | City | State | ZIP Code |

| Contact phone | ( 856 ) 384 – 1515 | Email | eargentieri@rgalegal.com |
|---|---|---|---|

# Motion For Relief Information
## Post-Petition Ledger

| Filed By: | Terry A. Lang<br>Amy B. Nelson-Lang | Payment Changes | | |
|---|---|---|---|---|
| **Case Number:** | 19-24388 | **From Date** | **To Date** | **Total Amount** |
| **Filing Date:** | 11/09/2019 | 1-Dec-19 | 1-Dec-20 | $ 1,083.62 |
| | | 1-Jan-21 | 1-Nov-21 | $ 1,107.88 |
| Payments in POC | $2,089.17 | 1-Dec-21 | 1-Oct-22 | $ 1,091.39 |
| First Post Due Date | 12/01/19 | 1-Nov-22 | 1-Dec-23 | $ 1,098.65 |
| | | 1-Jan-24 | 1-Dec-24 | $ 1,127.19 |
| | | 1-Jan-25 | | $ 1,115.04 |
| | | | | $ - |
| | | | | $ - |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance |
|---|---|---|---|---|
| | | | | $ - |
| | | | | $ - |
| 03/04/20 | $ 2,263.73 | 12/01/19 | $ 1,083.62 | $ 1,180.11 |
| 03/06/20 | | 01/01/20 | $ 1,083.62 | $ 96.49 |
| 03/06/20 | | | | $ 96.49 |
| 04/02/20 | $ 1,173.79 | 02/01/20 | $ 1,083.62 | $ 186.66 |
| 05/13/20 | $ 2,356.66 | 03/01/20 | $ 1,083.62 | $ 1,459.70 |
| 05/13/20 | | 04/01/20 | $ 1,083.62 | $ 376.08 |
| 06/04/20 | $ 1,187.10 | 05/01/20 | $ 1,083.62 | $ 479.56 |
| 07/07/20 | $ 1,294.76 | 06/01/20 | $ 1,083.62 | $ 690.70 |
| 08/10/20 | $ 1,301.36 | 07/01/20 | $ 1,083.62 | $ 908.44 |
| 09/10/20 | $ 1,258.80 | 08/01/20 | $ 1,083.62 | $ 1,083.62 |
| 10/07/20 | $ 1,083.62 | 09/01/20 | $ 1,083.62 | $ 1,083.62 |
| 11/12/20 | $ 1,083.62 | 10/01/20 | $ 1,083.62 | $ 1,083.62 |
| 01/19/21 | $ 1,329.94 | 11/01/20 | $ 1,083.62 | $ 1,329.94 |
| 01/20/21 | | 12/01/20 | $ 1,083.62 | $ 246.32 |
| 01/21/21 | | | | $ 246.32 |
| 02/12/21 | $ 1,353.97 | 01/01/21 | $ 1,107.88 | $ 492.41 |
| 02/16/21 | | | | $ 492.41 |
| 03/02/21 | $ 1,421.40 | 02/01/21 | $ 1,107.88 | $ 805.93 |
| 03/03/21 | | | | $ 805.93 |
| 04/06/21 | $ 878.44 | 03/01/21 | $ 1,107.88 | $ 576.49 |
| 05/07/21 | $ 1,639.27 | 04/01/21 | $ 1,107.88 | $ 1,107.88 |
| 05/10/21 | | 05/01/21 | $ 1,107.88 | $ - |
| 06/09/21 | $ 1,107.88 | 06/01/21 | $ 1,107.88 | $ - |
| 06/10/21 | | | | $ - |

| Date | Amount | Date | Amount | Amount |
|---|---|---|---|---|
| 07/07/21 | $ 1,107.88 | 07/01/21 | $ 1,107.88 | $ - |
| 07/09/21 | | | | $ - |
| 08/23/21 | $ 1,107.88 | 08/01/21 | $ 1,107.88 | $ - |
| 08/24/21 | | | | $ - |
| 08/25/21 | | | | $ - |
| 09/30/21 | $ 1,576.16 | 09/01/21 | $ 1,107.88 | $ 468.28 |
| 10/29/21 | $ 1,683.62 | 10/01/21 | $ 1,107.88 | $ 1,044.02 |
| 01/07/22 | $ 1,604.38 | 11/01/21 | $ 1,107.88 | $ 1,540.52 |
| 01/10/22 | | 12/01/21 | $ 1,091.39 | $ 449.13 |
| 02/09/22 | $ 1,783.12 | 01/01/22 | $ 1,091.39 | $ 1,140.86 |
| 02/10/22 | | 02/01/22 | $ 1,091.39 | $ 49.47 |
| 02/28/22 | $ 1,107.88 | 03/01/22 | $ 1,091.39 | $ 65.96 |
| 03/30/22 | $ 1,107.88 | 04/01/22 | $ 1,091.39 | $ 82.45 |
| 05/03/22 | $ 1,107.88 | 05/01/22 | $ 1,091.39 | $ 98.94 |
| 06/03/22 | $ 1,107.88 | 06/01/22 | $ 1,091.39 | $ 115.43 |
| 07/05/22 | $ 1,107.88 | 07/01/22 | $ 1,091.39 | $ 131.92 |
| 08/02/22 | $ 1,107.88 | 08/01/22 | $ 1,091.39 | $ 148.41 |
| 10/04/22 | $ 1,792.11 | 09/01/22 | $ 1,091.39 | $ 849.13 |
| 10/31/22 | $ 1,522.30 | 10/01/22 | $ 1,091.39 | $ 1,280.04 |
| 10/31/22 | | 11/01/22 | $ 1,098.65 | $ 181.39 |
| 11/30/22 | $ 1,098.65 | 12/01/22 | $ 1,098.65 | $ 181.39 |
| 12/30/22 | $ 1,098.65 | 01/01/23 | $ 1,098.65 | $ 181.39 |
| 02/02/23 | $ 48.46 | | | $ 229.85 |
| 03/08/23 | $ 1,745.23 | 02/01/23 | $ 1,098.65 | $ 876.43 |
| 04/05/23 | $ 1,502.26 | 03/01/23 | $ 1,098.65 | $ 1,280.04 |
| 04/06/23 | | 04/01/23 | $ 1,098.65 | $ 181.39 |
| 05/08/23 | $ 518.82 | | | $ 700.21 |
| 06/14/23 | $ 721.76 | 05/01/23 | $ 1,098.65 | $ 323.32 |
| 06/15/23 | | | | $ 323.32 |
| 07/10/23 | $ 891.52 | 06/01/23 | $ 1,098.65 | $ 116.19 |
| 07/11/23 | | | | $ 116.19 |
| 08/07/23 | $ 772.48 | | | $ 888.67 |
| 09/12/23 | $ 1,098.65 | 07/01/23 | $ 1,098.65 | $ 888.67 |
| 09/12/23 | $ 386.56 | 08/01/23 | $ 1,098.65 | $ 176.58 |
| 12/28/23 | $ 5,526.60 | 09/01/23 | $ 1,098.65 | $ 4,604.53 |
| 12/28/23 | | 10/01/23 | $ 1,098.65 | $ 3,505.88 |
| 12/28/23 | | 11/01/23 | $ 1,098.65 | $ 2,407.23 |
| 12/28/23 | | 12/01/23 | $ 1,098.65 | $ 1,308.58 |
| 12/28/23 | | 01/01/24 | $ 1,127.19 | $ 181.39 |
| 02/02/24 | $ 707.61 | | | $ 889.00 |
| 02/02/24 | | | | $ 889.00 |
| 03/04/24 | $ 1,546.77 | 02/01/24 | $ 1,127.19 | $ 1,308.58 |
| 03/18/24 | | 03/01/24 | $ 1,127.19 | $ 181.39 |
| 04/04/24 | $ 1,127.19 | 04/01/24 | $ 1,127.19 | $ 181.39 |
| 04/05/24 | | | | $ 181.39 |
| 05/13/24 | $ 1,127.19 | 05/01/24 | $ 1,127.19 | $ 181.39 |
| 05/14/24 | | | | $ 181.39 |

| 06/04/24 | $ | 1,127.19 | 06/01/24 | $ | 1,127.19 | $ | 181.39 |
|---|---|---|---|---|---|---|---|
| 06/18/24 | | | | | | $ | 181.39 |
| 07/03/24 | $ | 1,127.19 | 07/01/24 | $ | 1,127.19 | $ | 181.39 |
| 07/19/24 | | | | | | $ | 181.39 |
| 07/30/24 | $ | 811.45 | | | | $ | 992.84 |
| 07/30/24 | | | | | | $ | 992.84 |
| 09/13/24 | $ | 1,442.93 | 08/01/24 | $ | 1,127.19 | $ | 1,308.58 |
| 09/16/24 | | | 09/01/24 | $ | 1,127.19 | $ | 181.39 |
| 10/01/24 | $ | 1,127.19 | 10/01/24 | $ | 1,127.19 | $ | 181.39 |
| 10/02/24 | | | | | | $ | 181.39 |
| 10/31/24 | $ | 1,127.19 | 11/01/24 | $ | 1,127.19 | $ | 181.39 |
| 12/02/24 | $ | 945.80 | 12/01/24 | $ | 1,127.19 | $ | (0.00) |
| | | | | | | $ | (0.00) |
| | | | | | | $ | (0.00) |
| | | | | | | $ | (0.00) |
| | | | | | | $ | (0.00) |
| | | | | | | $ | (0.00) |
| | | | | | | $ | (0.00) |
| | | | | | | $ | (0.00) |
| | | | | | | $ | (0.00) |
| | | | | | | $ | (0.00) |
| | | | | | | $ | (0.00) |
| | | | | | | $ | (0.00) |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : |
| | : |
| TERRY A. LANG | : |
| AMY B. NELSON-LANG | :CHAPTER 13 |
| Debtors. | :CASE NO. 19-24388/GLT |
| | : |

**CERTIFICATION OF SERVICE**

1.      I, Kristina Johnston:

☐ represent the _____ in the above-captioned matter.

☑ am the secretary/paralegal for Romano Garubo & Argentieri, who represents J.P.

Morgan Mortgage Acquisition Corp., the secured creditor in the above-captioned

matter.

☐ am the _____ in the above case and am representing myself.

2.      On December 17, 2024, I sent a copy of the following pleadings and/or documents to the

parties listed in the chart below.

Response to Notice of Final Cure Payment.

3.      I hereby certify under penalty of perjury that the above documents were sent using the
mode of service indicated.

Dated: December 17, 2024            /s/  KRISTINA JOHNSTON
                                                         KRISTINA JOHNSTON

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Terry A. Lang<br>Amy B. Nelson-Lang<br>157 Old Farm Road<br>Pittsburgh, PA  15239 | Debtors | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Amy L. Zema, Esq.<br>Law Office of Amy L. Zema<br>2366 Golden Mile Highway<br>#155<br>Pittsburgh, PA 15239 | Debtors' Attorney | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Ronda J. Winnecour<br>Chapter 13 Standing Trustee<br>Suite 3250 USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222 | U.S. Trustee | ☐ Hand-delivered<br>☐ Certified Mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire/59264
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
(856) 384-1515
eargentieri@rgalegal.com