Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Terry A. Lang** | : | Case No. 19−24388−GLT |
| **Amy B. Nelson−Lang** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 88 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 3/12/25 at 11:00 AM |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

     **AND NOW,** this ***The 27th of December, 2024***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 88 by the Chapter 13 Trustee,

     It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

     (1)  ***On or before February 10, 2025***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on ***March 12, 2025 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at:
http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf).
**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24388-GLT |
| Terry A. Lang | Chapter 13 |
| Amy B. Nelson-Lang | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Dec 27, 2024     Form ID: 604     Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Terry A. Lang, Amy B. Nelson-Lang, 157 Old Farm Road, Pittsburgh, PA 15239-2353 |
| 15155093 | + | Bella LG INC dba Law Ofc Daniel Ruggiero, 655 S. Main St. $200-411, Orange, CA 92868-4690 |
| 15155098 | | Kohl's Department Store, PO Box 3115, Milwaukee, MO 63930-5049 |
| 15155100 | + | Mercury Card/FB&T, 700 22nd Ave. south, Brookings, SD 57006-2822 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 27 2024 23:40:41 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 27 2024 23:41:30 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Dec 27 2024 23:28:15 | LoanCare, LLC, c/o Stern & Eisenberg, PC, 1581 Main Stret, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2024 23:42:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15175218 | | Email/Text: ally@ebn.phinsolutions.com | Dec 27 2024 23:35:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15155092 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 27 2024 23:35:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 15155094 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2024 23:41:24 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15183826 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2024 23:40:47 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15155095 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 27 2024 23:35:00 | Comenity Bank/Jared, PO Box 182789, Columbus, OH 43218-2789 |
| 15155096 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 27 2024 23:35:00 | Comenity Bank/Lane Bryant, PO Box 182273, Columbus, OH 43218-2273 |
| 15155097 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2024 23:41:40 | DSNB/Macy's, PO Box 8113, Mason, OH 45040 |
| 15183427 | | Email/Text: bnc-quantum@quantum3group.com | Dec 27 2024 23:35:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |

| Recipient # | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 15185537 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 27 2024 23:35:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15187980 | + | Email/Text: servicing@svcfin.com | Dec 27 2024 23:35:00 | Goldman Sachs Mortgage Co, c/o Service Finance Co., LLC, 555 S Federal Hwy #200, Boca Raton, FL 33432-6033 |
| 15665480 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 27 2024 23:35:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9094 |
| 15184081 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 27 2024 23:35:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15407702 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 27 2024 23:35:00 | JP MORGAN MORTGAGE ACQUISITION CORP., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 15269714 | | Email/PDF: bncnotices@becket-lee.com | Dec 27 2024 23:40:51 | Kohl's, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15186936 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 27 2024 23:35:00 | LOANCARE, LLC., P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 15560460 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2024 23:40:42 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15184083 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 27 2024 23:35:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15155101 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 27 2024 23:35:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15183328 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 27 2024 23:35:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15155103 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2024 23:40:45 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 15173731 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2024 23:42:17 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15158939 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 27 2024 23:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 15155107 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2024 23:40:47 | SYNCB/JC Penneys, PO Box 965036, Orlando, FL 32896-5036 |
| 15155108 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2024 23:40:38 | SYNCB/Levin, PO Box 965036, Orlando, FL 32896-5036 |
| 15155109 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2024 23:40:34 | SYNCB/Lowes DC, PO Box 965005, Orlando, FL 32896-5005 |
| 15155110 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2024 23:42:13 | SYNCB/QVC, PO Box 965005, Orlando, FL 32896-5005 |
| 15155113 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2024 23:41:29 | SYNCB/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 15155104 | + | Email/Text: servicing@svcfin.com | Dec 27 2024 23:35:00 | Service Finance LLC, 555 S. Federal Highway, Suite 200, Boca Raton, FL 33432-6033 |
| 15155105 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2024 23:41:36 | Syncb/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 15155106 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2024 23:40:55 | Syncb/Car Care Pep Boys, PO Box 965001, Orlando, FL 32896-5001 |
| 15155111 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2024 23:41:43 | Syncb/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 15155112 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2024 23:42:25 | Syncb/Scorerewards, PO Box 965005, Orlando, |

Case 19-24388-GLT    Doc 91    Filed 12/29/24    Entered 12/30/24 00:24:40    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2024 | Form ID: 604 | Total Noticed: 48 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | FL 32896-5005 |
| 15183595 | ^ | MEBN | Dec 27 2024 23:28:33 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15155185 | ^ | MEBN | Dec 27 2024 23:28:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15155114 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2024 23:40:47 | Tractor Supply/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15179023 | | Email/PDF: ebn_ais@aisinfo.com | Dec 27 2024 23:41:29 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15155115 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 27 2024 23:40:45 | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |
| 15183516 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 27 2024 23:42:07 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15183664 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 27 2024 23:41:36 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15155116 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 27 2024 23:41:39 | Wells Fargo Card Service, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JP MORGAN MORTGAGE ACQUISITION CORP. |
| 15155099 | | Loancare Servicing Center, 3637 Sentara Way, Suite 303, VA 23542 |
| 15155117 | | Wells Fargo Card Service, Credit Bureau Resoltion |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | Kohl's, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15603992 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15603993 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15603994 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15603995 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15603996 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15183574 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15155102 | ##+ | Patenaude & Felix, 501 Corporate Drive, Suite 205, Canonsburg, PA 15317-8584 |

TOTAL: 3 Undeliverable, 9 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2024         Signature:    /s/Gustava Winters

Case 19-24388-GLT    Doc 91    Filed 12/29/24    Entered 12/30/24 00:24:40    Desc Imaged
Certificate of Notice    Page 6 of 6

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Dec 27, 2024 | Form ID: 604 | Total Noticed: 48 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Joint Debtor Amy B. Nelson-Lang amy@zemalawoffice.com |
| Amy L. Zema | on behalf of Debtor Terry A. Lang amy@zemalawoffice.com |
| Daniel Philip Jones | on behalf of Creditor LoanCare LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor JP MORGAN MORTGAGE ACQUISITION CORP. dcarlon@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor JP MORGAN MORTGAGE ACQUISITION CORP. bk@rgalegal.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven P Kelly | on behalf of Creditor LoanCare LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |

TOTAL: 9