**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TERRY A. LANG<br>AMY B. NELSON-LANG<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:19-24388<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.


December 23, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/09/2019 and confirmed on 1/16/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 154,017.00 |
| Less Refunds to Debtor | 28.20 | |
| TOTAL AMOUNT OF PLAN FUND | | 153,988.80 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,250.00 | |
|   Trustee Fee | 8,199.89 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,449.89 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   JPMORGAN MORTGAGE ACQUISITION C( | 0.00 | 67,186.41 | 0.00 | 67,186.41 |
|     Acct: 9445 | | | | |
|   JPMORGAN MORTGAGE ACQUISITION C( | 3,487.05 | 3,487.05 | 0.00 | 3,487.05 |
|     Acct: 9445 | | | | |
|   ALLY BANK(*) | 13,075.00 | 13,075.00 | 687.41 | 13,762.41 |
|     Acct: 5461 | | | | |
|   LVNV FUNDING LLC | 22,414.58 | 22,414.58 | 2,421.23 | 24,835.81 |
|     Acct: 4852 | | | | |
| | | | | 109,271.68 |
| **Priority** | | | | |
|   AMY L ZEMA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TERRY A. LANG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TERRY A. LANG | 28.20 | 28.20 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMY L ZEMA ESQ | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4414 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 3,577.22 | 1,667.04 | 0.00 | 1,667.04 |
|     Acct: 4455 | | | | |
|   COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3168 | | | | |
|   COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2640 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 1,718.70 | 800.94 | 0.00 | 800.94 |
|     Acct: 2888 | | | | |
|   KOHLS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7840 | | | | |
|   MERCURY | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Unsecured** | | | | |
| Acct: 0266 | | | | |
| MIDLAND FUNDING LLC | 2,895.83 | 1,349.49 | 0.00 | 1,349.49 |
| Acct: 5553 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 6,396.56 | 2,980.88 | 0.00 | 2,980.88 |
| Acct: 3769 | | | | |
| SERVICE FINANCE COMPANY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7231 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 2,215.56 | 1,032.49 | 0.00 | 1,032.49 |
| Acct: 8196 | | | | |
| LVNV FUNDING LLC | 3,050.95 | 1,421.78 | 0.00 | 1,421.78 |
| Acct: 1204 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 2,910.48 | 1,356.32 | 0.00 | 1,356.32 |
| Acct: 1164 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,628.97 | 759.12 | 0.00 | 759.12 |
| Acct: 6497 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 827.15 | 385.47 | 0.00 | 385.47 |
| Acct: 8309 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0235 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 650.81 | 303.29 | 0.00 | 303.29 |
| Acct: 4878 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9454 | | | | |
| LVNV FUNDING LLC | 1,016.33 | 473.62 | 0.00 | 473.62 |
| Acct: 9404 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,386.10 | 645.94 | 0.00 | 645.94 |
| Acct: 8149 | | | | |
| LVNV FUNDING LLC | 2,314.82 | 1,078.74 | 0.00 | 1,078.74 |
| Acct: 6701 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 774.35 | 360.86 | 0.00 | 360.86 |
| Acct: 3005 | | | | |
| LVNV FUNDING LLC | 1,834.48 | 854.89 | 0.00 | 854.89 |
| Acct: 3062 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,787.93 | 833.20 | 0.00 | 833.20 |
| Acct: 0241 | | | | |
| LVNV FUNDING LLC | 1,501.92 | 699.91 | 0.00 | 699.91 |
| Acct: 5867 | | | | |
| CITIBANK NA** | 562.59 | 262.18 | 0.00 | 262.18 |
| Acct: 5314 | | | | |
| WELLS FARGO BANK NA | 2,031.08 | 946.51 | 0.00 | 946.51 |
| Acct: 5251 | | | | |
| WELLS FARGO BANK NA | 4,010.38 | 1,868.90 | 0.00 | 1,868.90 |
| Acct: 8545 | | | | |
| WELLS FARGO BANK NA | 4,489.15 | 2,092.00 | 0.00 | 2,092.00 |
| Acct: 6189 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4414 | | | | |
| ALLY BANK(*) | 340.65 | 158.75 | 0.00 | 158.75 |
| Acct: 5461 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 151.65 | 70.67 | 0.00 | 70.67 |
| Acct: 0001 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 360.48 | 167.99 | 0.00 | 167.99 |
| Acct: 6858 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 867.08 | 404.07 | 0.00 | 404.07 |
| Acct: 7236 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 5,576.28 | 2,598.63 | 0.00 | 2,598.63 |
| Acct: 5854 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 2,766.75 | 1,289.34 | 0.00 | 1,289.34 |
| Acct: 8224 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 6,815.22 | 3,175.99 | 0.00 | 3,175.99 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 7476 | | | | |
|   GOLDMAN SACHS MORTGAGE CO | 6,927.30 | 3,228.22 | 0.00 | 3,228.22 |
|     Acct: 3101 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8149 | | | | |
|   BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BELLA L G INCORPORATED | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BECKET & LEE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PATENAUDE AND FELIX APC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 33,267.23 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 142,538.91 |
| TOTAL CLAIMED | |
|   PRIORITY | 0.00 |
|   SECURED | 38,976.63 |
|   UNSECURED | 71,386.77 |

Date: 12/23/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   TERRY A. LANG
   AMY B. NELSON-LANG
        Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:19-24388

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24388-GLT |
| Terry A. Lang | Chapter 13 |
| Amy B. Nelson-Lang | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Dec 27, 2024 | Form ID: pdf900 | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Terry A. Lang, Amy B. Nelson-Lang, 157 Old Farm Road, Pittsburgh, PA 15239-2353 |
| 15155093 | + | Bella LG INC dba Law Ofc Daniel Ruggiero, 655 S. Main St. $200-411, Orange, CA 92868-4690 |
| 15155098 | | Kohl's Department Store, PO Box 3115, Milwaukee, MO 63930-5049 |
| 15155100 | + | Mercury Card/FB&T, 700 22nd Ave. south, Brookings, SD 57006-2822 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 27 2024 23:40:39 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 27 2024 23:42:07 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Dec 27 2024 23:28:16 | LoanCare, LLC, c/o Stern & Eisenberg, PC, 1581 Main Stret, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2024 23:42:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15175218 | | Email/Text: ally@ebn.phinsolutions.com | Dec 27 2024 23:35:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15155092 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 27 2024 23:35:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 15155094 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2024 23:42:13 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15183826 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2024 23:42:29 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15155095 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 27 2024 23:35:00 | Comenity Bank/Jared, PO Box 182789, Columbus, OH 43218-2789 |
| 15155096 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 27 2024 23:35:00 | Comenity Bank/Lane Bryant, PO Box 182273, Columbus, OH 43218-2273 |
| 15155097 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2024 23:40:53 | DSNB/Macy's, PO Box 8113, Mason, OH 45040 |
| 15183427 | | Email/Text: bnc-quantum@quantum3group.com | Dec 27 2024 23:35:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |

Case 19-24388-GLT    Doc 93    Filed 12/29/24    Entered 12/30/24 00:24:40    Desc Imaged
Certificate of Notice    Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2024 | Form ID: pdf900 | Total Noticed: 48 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15185537 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 27 2024 23:35:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15187980 | + | Email/Text: servicing@svcfin.com | Dec 27 2024 23:35:00 | Goldman Sachs Mortgage Co, c/o Service Finance Co., LLC, 555 S Federal Hwy #200, Boca Raton, FL 33432-6033 |
| 15665480 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 27 2024 23:35:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9094 |
| 15184081 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 27 2024 23:35:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15407702 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 27 2024 23:35:00 | JP MORGAN MORTGAGE ACQUISITION CORP., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 15269714 | | Email/PDF: bncnotices@becket-lee.com | Dec 27 2024 23:41:33 | Kohl's, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15186936 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 27 2024 23:35:00 | LOANCARE, LLC., P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 15560460 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2024 23:40:45 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15184083 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 27 2024 23:35:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15155101 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 27 2024 23:35:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15183328 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 27 2024 23:35:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15155103 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2024 23:40:47 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 15173731 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2024 23:40:55 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15158939 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 27 2024 23:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 15155107 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2024 23:42:01 | SYNCB/JC Penneys, PO Box 965036, Orlando, FL 32896-5036 |
| 15155108 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2024 23:42:16 | SYNCB/Levin, PO Box 965036, Orlando, FL 32896-5036 |
| 15155109 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2024 23:40:53 | SYNCB/Lowes DC, PO Box 965005, Orlando, FL 32896-5005 |
| 15155110 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2024 23:40:45 | SYNCB/QVC, PO Box 965005, Orlando, FL 32896-5005 |
| 15155113 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2024 23:41:30 | SYNCB/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 15155104 | + | Email/Text: servicing@svcfin.com | Dec 27 2024 23:35:00 | Service Finance LLC, 555 S. Federal Highway, Suite 200, Boca Raton, FL 33432-6033 |
| 15155105 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2024 23:41:24 | Syncb/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 15155106 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2024 23:42:15 | Syncb/Car Care Pep Boys, PO Box 965001, Orlando, FL 32896-5001 |
| 15155111 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2024 23:40:56 | Syncb/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 15155112 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 27 2024 23:41:37 | Syncb/Scorerewards, PO Box 965005, Orlando, |

Case 19-24388-GLT    Doc 93    Filed 12/29/24    Entered 12/30/24 00:24:40    Desc Imaged
Certificate of Notice    Page 8 of 9

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2024 | Form ID: pdf900 | Total Noticed: 48 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | FL 32896-5005 |
| 15183595 | ^ | MEBN | Dec 27 2024 23:28:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15155185 | ^ | MEBN | Dec 27 2024 23:28:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15155114 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2024 23:41:33 | Tractor Supply/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15179023 | | Email/PDF: ebn_ais@aisinfo.com | Dec 27 2024 23:40:53 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15155115 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 27 2024 23:41:19 | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |
| 15183516 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 27 2024 23:41:22 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15183664 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 27 2024 23:42:06 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15155116 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 27 2024 23:42:29 | Wells Fargo Card Service, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JP MORGAN MORTGAGE ACQUISITION CORP. |
| 15155099 | | Loancare Servicing Center, 3637 Sentara Way, Suite 303, VA 23542 |
| 15155117 | | Wells Fargo Card Service, Credit Bureau Resoltion |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | Kohl's, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15603992 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15603993 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15603994 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15603995 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15603996 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15183574 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15155102 | ##+ | Patenaude & Felix, 501 Corporate Drive, Suite 205, Canonsburg, PA 15317-8584 |

TOTAL: 3 Undeliverable, 9 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Amy L. Zema | on behalf of Joint Debtor Amy B. Nelson-Lang amy@zemalawoffice.com |
| Amy L. Zema | on behalf of Debtor Terry A. Lang amy@zemalawoffice.com |
| Daniel Philip Jones | on behalf of Creditor LoanCare LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor JP MORGAN MORTGAGE ACQUISITION CORP. dcarlon@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor JP MORGAN MORTGAGE ACQUISITION CORP. bk@rgalegal.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven P Kelly | on behalf of Creditor LoanCare LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |

TOTAL: 9