Certificate Number: 12433-PAW-DE-039193445

Bankruptcy Case Number: 19-24388



12433-PAW-DE-039193445

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 29, 2024, at 2:44 o'clock PM EST, Amy Beth Nelson-Lang completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   December 30, 2024              By:   /s/Lisa Susoev

                                        Name:   Lisa Susoev

                                        Title:   Teacher