IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Terry A. Lang, | ) | Bankruptcy No. 19-24388-GLT |
| | Amy B. Nelson-Lang, | ) | |
| | | ) | |
| | Debtors. | ) | Chapter 13 |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On December 30, 2024, at docket numbers 94 and 95, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing *Certifications of Completion of Post-petition Instructional Course in Personal Financial Management*, with the *Certificates of Completion* attached to the form.

    This Certification is being signed under penalty of perjury: Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: December 30, 2024              /s/ Amy L. Zema
                                      Amy L. Zema, Esquire
                                      Attorney for Debtor
                                      PA ID: 74701
                                      2366 Golden Mile Hwy., #155
                                      Pittsburgh, PA 15239
                                      (412) 744-4450 Telephone
                                      amy@zemalawoffice.com

**PAWB Local Form 24 (07/13)**