**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Terry A. Lang | Social Security number or ITIN  xxx–xx–4414 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Amy B. Nelson–Lang | Social Security number or ITIN  xxx–xx–7546 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   19–24388–GLT

## Order of Discharge                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Terry A. Lang                                 Amy B. Nelson–Lang

2/11/25                                **By the court:** Gregory L Taddonio
                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24388-GLT |
| Terry A. Lang | Chapter 13 |
| Amy B. Nelson-Lang | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 11, 2025 | Form ID: 3180W | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Terry A. Lang, Amy B. Nelson-Lang, 157 Old Farm Road, Pittsburgh, PA 15239-2353 |
| 15155093 | + | Bella LG INC dba Law Ofc Daniel Ruggiero, 655 S. Main St. $200-411, Orange, CA 92868-4690 |
| 15155098 | | Kohl's Department Store, PO Box 3115, Milwaukee, MO 63930-5049 |
| 15155100 | + | Mercury Card/FB&T, 700 22nd Ave. south, Brookings, SD 57006-2822 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 12 2025 05:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 12 2025 00:22:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Feb 12 2025 05:03:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Feb 12 2025 05:03:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Feb 12 2025 00:06:21 | LoanCare, LLC, c/o Stern & Eisenberg, PC, 1581 Main Stret, Suite 200, Warrington, PA 18976-3403 |
| cr | + | EDI: PRA.COM | Feb 12 2025 05:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15175218 | | EDI: GMACFS.COM | Feb 12 2025 05:03:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15155092 | + | EDI: GMACFS.COM | Feb 12 2025 05:03:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 15155094 | + | EDI: CAPITALONE.COM | Feb 12 2025 05:03:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15183826 | | EDI: CITICORP | Feb 12 2025 05:03:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15155095 | + | EDI: WFNNB.COM | Feb 12 2025 05:03:00 | Comenity Bank/Jared, PO Box 182789, Columbus, OH 43218-2789 |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2025 | Form ID: 3180W | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 15155096 | + | EDI: WFNNB.COM | | |
| | | | Feb 12 2025 05:03:00 | Comenity Bank/Lane Bryant, PO Box 182273, Columbus, OH 43218-2273 |
| 15155097 | | EDI: CITICORP | | |
| | | | Feb 12 2025 05:03:00 | DSNB/Macy's, PO Box 8113, Mason, OH 45040 |
| 15183427 | | EDI: Q3G.COM | | |
| | | | Feb 12 2025 05:03:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15185537 | + | Email/Text: kburkley@bernsteinlaw.com | | |
| | | | Feb 12 2025 00:22:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15187980 | + | Email/Text: servicing@svcfin.com | | |
| | | | Feb 12 2025 00:21:00 | Goldman Sachs Mortgage Co, c/o Service Finance Co., LLC, 555 S Federal Hwy #200, Boca Raton, FL 33432-6033 |
| 15665480 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Feb 12 2025 00:21:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9094 |
| 15184081 | | EDI: JEFFERSONCAP.COM | | |
| | | | Feb 12 2025 05:03:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15407702 | | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Feb 12 2025 00:21:00 | JP MORGAN MORTGAGE ACQUISITION CORP., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 15269714 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Feb 12 2025 00:28:31 | Kohl's, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15186936 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | | Feb 12 2025 00:21:00 | LOANCARE, LLC., P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 15560460 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Feb 12 2025 00:28:08 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15184083 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Feb 12 2025 00:22:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15155101 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Feb 12 2025 00:22:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15183328 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Feb 12 2025 00:22:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15155103 | | EDI: PRA.COM | | |
| | | | Feb 12 2025 05:03:00 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 15173731 | | EDI: PRA.COM | | |
| | | | Feb 12 2025 05:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15158939 | | EDI: PENNDEPTREV | | |
| | | | Feb 12 2025 05:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 15158939 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Feb 12 2025 00:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 15155107 | + | EDI: SYNC | | |
| | | | Feb 12 2025 05:03:00 | SYNCB/JC Penneys, PO Box 965036, Orlando, FL 32896-5036 |
| 15155108 | + | EDI: SYNC | | |
| | | | Feb 12 2025 05:03:00 | SYNCB/Levin, PO Box 965036, Orlando, FL 32896-5036 |
| 15155109 | + | EDI: SYNC | | |
| | | | Feb 12 2025 05:03:00 | SYNCB/Lowes DC, PO Box 965005, Orlando, FL 32896-5005 |
| 15155110 | + | EDI: SYNC | | |
| | | | Feb 12 2025 05:03:00 | SYNCB/QVC, PO Box 965005, Orlando, FL 32896-5005 |
| 15155113 | + | EDI: SYNC | | |
| | | | Feb 12 2025 05:03:00 | SYNCB/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 15155104 | + | Email/Text: servicing@svcfin.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2025 | Form ID: 3180W | Total Noticed: 49 |

| Recip ID | | Bypass | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 12 2025 00:21:00 | Service Finance LLC, 555 S. Federal Highway, Suite 200, Boca Raton, FL 33432-6033 |
| 15155105 | + | EDI: SYNC | Feb 12 2025 05:03:00 | Syncb/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 15155106 | + | EDI: SYNC | Feb 12 2025 05:03:00 | Syncb/Car Care Pep Boys, PO Box 965001, Orlando, FL 32896-5001 |
| 15155111 | + | EDI: SYNC | Feb 12 2025 05:03:00 | Syncb/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 15155112 | + | EDI: SYNC | Feb 12 2025 05:03:00 | Syncb/Scorerewards, PO Box 965005, Orlando, FL 32896-5005 |
| 15183595 | ^ | MEBN | Feb 12 2025 00:06:56 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15155185 | ^ | MEBN | Feb 12 2025 00:06:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15155114 | + | EDI: CITICORP | Feb 12 2025 05:03:00 | Tractor Supply/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15179023 | | EDI: AIS.COM | Feb 12 2025 05:03:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15155115 | + | EDI: WFFC2 | Feb 12 2025 05:03:00 | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |
| 15183516 | | EDI: WFFC2 | Feb 12 2025 05:03:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15183664 | | EDI: WFFC2 | Feb 12 2025 05:03:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15155116 | + | EDI: WFFC2 | Feb 12 2025 05:03:00 | Wells Fargo Card Service, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 47

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JP MORGAN MORTGAGE ACQUISITION CORP. |
| 15155099 | | Loancare Servicing Center, 3637 Sentara Way, Suite 303, VA 23542 |
| 15155117 | | Wells Fargo Card Service, Credit Bureau Resoltion |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | Kohl's, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15603992 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15603993 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15603994 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15603995 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15603996 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15183574 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15155102 | ##+ | Patenaude & Felix, 501 Corporate Drive, Suite 205, Canonsburg, PA 15317-8584 |

TOTAL: 3 Undeliverable, 10 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 19-24388-GLT   Doc 100   Filed 02/13/25   Entered 02/14/25 00:29:53   Desc
Imaged Certificate of Notice   Page 6 of 6

| District/off: 0315-2 | User: auto | Page 4 of 4 |
| --- | --- | --- |
| Date Rcvd: Feb 11, 2025 | Form ID: 3180W | Total Noticed: 49 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2025            Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Amy L. Zema | on behalf of Joint Debtor Amy B. Nelson-Lang amy@zemalawoffice.com |
| Amy L. Zema | on behalf of Debtor Terry A. Lang amy@zemalawoffice.com |
| Daniel Philip Jones | on behalf of Creditor LoanCare LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor JP MORGAN MORTGAGE ACQUISITION CORP. dcarlon@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor JP MORGAN MORTGAGE ACQUISITION CORP. bk@rgalegal.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven P Kelly | on behalf of Creditor LoanCare LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |

TOTAL: 9