IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/11/25 2:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
TERRY A. LANG
AMY B. NELSON-LANG
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-24388

Chapter 13

Related to Docket No. 88

ORDER OF COURT

AND NOW, this 11th Day of February, 2025, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24388-GLT |
| Terry A. Lang | Chapter 13 |
| Amy B. Nelson-Lang | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 11, 2025 | Form ID: pdf900 | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Terry A. Lang, Amy B. Nelson-Lang, 157 Old Farm Road, Pittsburgh, PA 15239-2353 |
| 15155093 | + | Bella LG INC dba Law Ofc Daniel Ruggiero, 655 S. Main St. $200-411, Orange, CA 92868-4690 |
| 15155098 | | Kohl's Department Store, PO Box 3115, Milwaukee, MO 63930-5049 |
| 15155100 | + | Mercury Card/FB&T, 700 22nd Ave. south, Brookings, SD 57006-2822 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 12 2025 00:28:31 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 12 2025 00:28:28 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Feb 12 2025 00:06:22 | LoanCare, LLC, c/o Stern & Eisenberg, PC, 1581 Main Stret, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2025 00:28:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15175218 | | Email/Text: ally@ebn.phinsolutions.com | Feb 12 2025 00:20:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15155092 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 12 2025 00:20:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 15155094 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 12 2025 00:29:15 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15183826 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2025 00:28:31 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15155095 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2025 00:22:00 | Comenity Bank/Jared, PO Box 182789, Columbus, OH 43218-2789 |
| 15155096 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2025 00:22:00 | Comenity Bank/Lane Bryant, PO Box 182273, Columbus, OH 43218-2273 |
| 15155097 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2025 00:28:11 | DSNB/Macy's, PO Box 8113, Mason, OH 45040 |
| 15183427 | | Email/Text: bnc-quantum@quantum3group.com | Feb 12 2025 00:22:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2025 | Form ID: pdf900 | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| 15185537 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 12 2025 00:22:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15187980 | + | Email/Text: servicing@svcfin.com | Feb 12 2025 00:21:00 | Goldman Sachs Mortgage Co, c/o Service Finance Co., LLC, 555 S Federal Hwy #200, Boca Raton, FL 33432-6033 |
| 15665480 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 12 2025 00:21:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9094 |
| 15184081 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 12 2025 00:22:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15407702 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 12 2025 00:21:00 | JP MORGAN MORTGAGE ACQUISITION CORP., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 15269714 | | Email/PDF: bncnotices@becket-lee.com | Feb 12 2025 00:41:16 | Kohl's, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15186936 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 12 2025 00:21:00 | LOANCARE, LLC., P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 15560460 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 12 2025 00:29:03 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15184083 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 12 2025 00:22:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15155101 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 12 2025 00:22:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15183328 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 12 2025 00:22:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15155103 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2025 00:40:25 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 15173731 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2025 00:53:51 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15158939 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 12 2025 00:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 15155107 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 12 2025 00:27:38 | SYNCB/JC Penneys, PO Box 965036, Orlando, FL 32896-5036 |
| 15155108 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 12 2025 00:28:31 | SYNCB/Levin, PO Box 965036, Orlando, FL 32896-5036 |
| 15155109 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 12 2025 00:28:11 | SYNCB/Lowes DC, PO Box 965005, Orlando, FL 32896-5005 |
| 15155110 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 12 2025 00:28:51 | SYNCB/QVC, PO Box 965005, Orlando, FL 32896-5005 |
| 15155113 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 12 2025 00:28:52 | SYNCB/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 15155104 | + | Email/Text: servicing@svcfin.com | Feb 12 2025 00:21:00 | Service Finance LLC, 555 S. Federal Highway, Suite 200, Boca Raton, FL 33432-6033 |
| 15155105 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 12 2025 00:28:25 | Syncb/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 15155106 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 12 2025 00:29:24 | Syncb/Car Care Pep Boys, PO Box 965001, Orlando, FL 32896-5001 |
| 15155111 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 12 2025 00:28:51 | Syncb/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 15155112 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 12 2025 00:28:25 | Syncb/Scorerewards, PO Box 965005, Orlando, |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | FL 32896-5005 |
| 15183595 | ^ | MEBN | Feb 12 2025 00:06:58 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15155185 | ^ | MEBN | Feb 12 2025 00:06:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15155114 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2025 00:29:32 | Tractor Supply/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15179023 | | Email/PDF: ebn_ais@aisinfo.com | Feb 12 2025 00:28:04 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15155115 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 12 2025 00:41:16 | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |
| 15183516 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 12 2025 00:41:20 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15183664 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 12 2025 00:41:17 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15155116 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 12 2025 00:29:10 | Wells Fargo Card Service, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JP MORGAN MORTGAGE ACQUISITION CORP. |
| 15155099 | | Loancare Servicing Center, 3637 Sentara Way, Suite 303, VA 23542 |
| 15155117 | | Wells Fargo Card Service, Credit Bureau Resoltion |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | Kohl's, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15603992 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15603993 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15603994 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15603995 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15603996 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15183574 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15155102 | ##+ | Patenaude & Felix, 501 Corporate Drive, Suite 205, Canonsburg, PA 15317-8584 |

TOTAL: 3 Undeliverable, 9 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 13, 2025   Signature:   /s/Gustava Winters

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2025 | Form ID: pdf900 | Total Noticed: 48 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Joint Debtor Amy B. Nelson-Lang amy@zemalawoffice.com |
| Amy L. Zema | on behalf of Debtor Terry A. Lang amy@zemalawoffice.com |
| Daniel Philip Jones | on behalf of Creditor LoanCare  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor JP MORGAN MORTGAGE ACQUISITION CORP. dcarlon@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor JP MORGAN MORTGAGE ACQUISITION CORP. bk@rgalegal.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven P Kelly | on behalf of Creditor LoanCare  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |

TOTAL: 9